```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 01003
   NICOLE ZIELINSKI
   DANIEL ZIELINSKI                              CHAPTER 13

                                                 JUDGE: JOHN H SQUIRES
            Debtor
   SSN XXX-XX-3494    SSN XXX-XX-8968
```

---
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/20/07 and confirmed on 03/30/07.

    2.  The case was dismissed after confirmation, 10/26/2007.

    3.  The Debtor paid a total of $   3043.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 24473.71 | .00 | 1514.48 |
| HSBC MORTGAGE CORP | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE CORP | MORTGAGE ARRE | 2467.02 | .00 | 152.67 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | 6800.00 | 552.63 | 734.61 |
| HARRIS BANK CONSUMER LOA | SPECIAL CLASS | 1830.94 | .00 | .00 |

          Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 33740.73 | .00 | 1830.94 | .00 | 35571.67 |
| PRINCIPAL PAID | 2401.76 | .00 | .00 | .00 | 2401.76 |
| INTEREST PAID | 552.63 | .00 | .00 | .00 | 552.63 |
| TOTAL PAID | 2954.39 | .00 | .00 | .00 | 2954.39 |

The Debtor's attorney, ROBERT HABIB                , was allowed $      .00
and was paid $      .00 .

The Trustee received $      88.61 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 12/10/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE

```
                            PAGE   2
   CASE NO. 07 B 01003 NICOLE ZIELINSKI & DANIEL ZIELINSKI
```